IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 2 2005
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Larry Jones                                                                     PLAINTIFF

Vs.                            CASE NO. 4:05-cv-1626JMM

North Point Collision Center                                          DEFENDANT

## ORDER

Plaintiff having been granted leave of court to proceed in forma pauperis,

IT IS ORDERED THAT, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the U. S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action.

The Marshal shall serve a summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedures.

DATED this ___2___ day of __Nov__, 20_05_


_____
UNITED STATES DISTRICT JUDGE

Jones v. North Point Collision Center                                          Doc. 8