IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY JONES**                                                                            **PLAINTIFF**

**VS.**                                    **4:05CV01626JMM**

**NORTH POINT COLLISION CENTER**                             **DEFENDANT**

## ORDER

Pending is Defendant's motion to compel. (Docket # 37). Plaintiff has not responded to the motion. For good cause shown, the motion is GRANTED. Plaintiff is directed to provide full and complete responses to Defendant's Interrogatories and Requests for Production of Documents within ten (10) days of the entry of this Order.

IT IS SO ORDERED this 17th day of January, 2007.

_____
James M. Moody
United States District Judge