**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LARRY JONES**                                                                 **PLAINTIFF**

**VS.**                              **4:05CV01626JMM**

**NORTH POINT COLLISION CENTER**                              **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that

this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 17th day of August, 2007.


_____
James M. Moody
United States District Court